# IN THE SUPREME COURT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : NO. 960 |
| | : |
| DESIGNATION OF VICE-CHAIR OF | : SUPREME COURT RULES DOCKET |
| THE CONTINUING JUDICIAL | : |
| EDUCATION BOARD OF JUDGES | : |
| | : |

## ORDER

**PER CURIAM**

**AND NOW,** this 14th day of September, 2023, Professor Steven L. Chanenson is hereby designated as Vice-Chair of the Continuing Judicial Education Board of Judges, effective immediately.